Argued March 28, affirmed May 1, 1978

WOLFE, *Appellant,*
*v.*
JOHN I. HAAS, INC., *Respondent.*
(No. 75-4066 and 101827, CA 9903)
577 P2d 546

David W. Hittle, Salem, argued the cause for appellant. With him on the brief was Dye & Olson, Salem.

Gary G. Jones, Salem, argued the cause for respondent. With him on the brief was Rhoten, Rhoten & Speerstra, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).